Paul J. Bauer #202752
Deborah K. Boyett #216526
WALTER & WILHELM LAW GROUP
A Professional Corporation
205 E. River Park Circle, Suite 410
Fresno, CA 93720
Telephone:  (559) 435-9800
Facsimile:  (559) 435-9868
E-mail:  pbauer@W2LG.com

Attorneys for Defendant Foster Poultry Farms, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| CATRELL BAKARI,<br><br>         Plaintiff,<br><br>    v.<br><br>FOSTER POULTRY FARMS, INC.<br><br>         Defendants. | CASE NO.: 1:13-CV-01814-AWI-SAB<br><br>**STIPULATION AND ORDER TO CONTINUE MANDATORY SCHEDULING CONFERENCE** |

### STIPULATION

All parties to this action stipulate and agree, by and through their respective Counsel, to continue the scheduling conference set for January 14, 2014 before Magistrate Judge Stanley A. Boone, as follows:

1.  On November 8, 2013, this Court entered its Order Setting Mandatory Scheduling Conference ("MSC Order"). The MSC Order set a Mandatory Scheduling Conference on January 14, 2013, at 9:15 a.m. Additionally, the MSC Order requires the parties file a Joint Scheduling Report on January 7, 2014;

2.  On December 4, 2013, Plaintiff, Catrell Bakari, filed a Motion to Remand to State Court and for Award of Attorney Fees and Costs ("Motion to Remand"), which is set for hearing on January 8, 2014, one day after the Joint Scheduling Report is due to be filed.

///

1

3. Defendant, Foster Poultry Farms, Inc. does not oppose remand of this matter to State Court. However, Defendant filed its opposition to the Motion to Remand solely for the purpose of opposing Plaintiff's request for an award of attorney fees and costs.

4. As Defendant does not oppose remand of this matter to State Court, this Court is expected to grant, in part, Plaintiff's Motion to Remand and to order, on January 8, 2014, the matter remanded to State Court.

5. As remand of the matter is expected to be ordered by this Court, the parties agree it would be in the best interests of the parties and of this Court, and would promote judicial economy, if the Mandatory Scheduling Conference was continued to February 2014, which, in turn, would change the date the Joint Scheduling Report is due to one (1) full week prior to the continued Mandatory Scheduling Conference.

6. On December 30, 2013, Defendant's legal counsel had a firm staff member contact Judge Boone's Courtroom Clerk, Ms. Hernandez, to discuss alternate dates for the Scheduling Conference. Based on that discussion, the parties understand February 18, 2014, at 2:00 p.m., is available for continuing the Mandatory Scheduling Conference.

7. Therefore, the parties respectfully stipulate and request that this Court continue the Mandatory Scheduling Conference in this matter to February 18, 2014, at 2:00 p.m.

Dated: December 31, 2013          WALTER & WILHELM LAW GROUP,
                                  a Professional Corporation


                                  ____/s/_____
                                  Paul J. Bauer
                                  Attorneys for Defendant
                                  Foster Poultry Farms, Inc.

///

///

///

///

///

Date: December 30, 2013                              _____/s/_____
                                                    Armand Tinkerian
                                                    Attorneys for Plaintiff, Catrell Bakari

**ORDER**

Based on the parties' Stipulation to Continue Mandatory Scheduling Conference, and good cause appearing therefore,

IT IS HEREBY ORERED that:

The Mandatory Scheduling Conference of this matter, currently set for January 14, 2014, is vacated and continued to February 18, 2014, at 2:00 p.m. The parties shall prepare and file a Joint Scheduling Report no later than February 10, 2014.

IT IS SO ORDERED.

Dated:  **January 2, 2014**                          _____
                                                    UNITED STATES MAGISTRATE JUDGE