# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CATRELL BAKARI,**<br><br>    Plaintiff<br><br>    v.<br><br>**FOSTER POULTRY FARMS, INC.,**<br><br>    Defendant | **CASE NO. 1:13-CV-1814 AWI SAB**<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** |

    This action was removed to federal court by Defendant Foster Poultry Farms. Plaintiff Catrell Bakari made a motion to remand on the basis that the removal was untimely. Plaintiff also asked for attorney's fees incurred as a result of removal. In the alternative, Plaintiff sought leave to amend to eliminate all federal causes of action. In response, Defendant stated that it did not oppose remand to state court. Defendant did oppose an award of attorney's fees.

    On January 7, 2014, Magistrate Judge Boone issued Findings and Recommendations to remand the case and award attorney's fees in an amount less than requested by Plaintiff. The Findings and Recommendations was served on the parties and contained a notice that any objections were to be filed within fourteen days. Neither party has filed any objections.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

    Accordingly, IT IS HEREBY ORDERED that:

1.     The Findings and Recommendations, filed January 7, 2014, is adopted in full.
2.     This action is REMANDED to state court.

3.	Plaintiff is awarded $3,787.50 in attorney's fees.

4.	Plaintiff's motion to amend is DENIED as moot.

IT IS SO ORDERED.

Dated:  September 8, 2014                                     _____
                                                              SENIOR DISTRICT JUDGE